# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCCARTHY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 21 cv 1016 |
| v. | ) ) | |
| HINDUJA GLOBAL SOLUTIONS, INC. | ) ) | |
| Defendant. | ) | |

## PARTIES' JOINT MOTION TO STAY PROCEEDINGS

Plaintiff, Christopher McCarthy, individually and on behalf of all others similarly situated, and Defendant, Hinduja Global Solutions, Inc. (collectively, the "Parties"), by their respective attorneys, hereby move to stay proceedings in this matter pending mediation. In support of this motion, the Parties state as follows:

1. On January 12, 2021, Plaintiff filed his Collective and Class Action Complaint in this matter, and on February 27, 2021, Plaintiff filed an Amended Collective and Class Action Complaint ("Amended Complaint"). Plaintiff has alleged that Defendant failed to pay him and other similarly situated telephone-dedicated employees all earned wages for all time worked, in violation of the Fair Labor Standards Act, 29 U.S.C. 201 *et seq.*, the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.*, and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq.*

2. On April 8, 2021, Defendant filed its Answer to Plaintiff's Amended Complaint, denying Plaintiff's claims in their entirety and asserting numerous Affirmative Defenses.

3. The Parties have conferred and discussed the merits of Plaintiff's claims, and have agreed to engage in a mediation to attempt an early resolution of this matter. In addition,

Defendant has agreed to toll the statute of limitations on the putative collective and class members' claims.

4. The mediation is scheduled to occur on December 15, 2021.

5. As a result, the Parties request that this Court stay all proceedings in this matter, including discovery, to allow the Parties to focus their efforts on gathering the necessary information and preparing for mediation.

6. The requested stay of the proceedings will promote the interests of justice and serve judicial economy, and it will not cause prejudice to any parties.

7. Should this Court grant the stay, the Parties propose that they file a joint status report on December 17, 2021 to update the Court regarding the outcome of the mediation.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and temporarily stay the instant proceedings, including discovery, until further order of the Court.


Dated: July 19, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ James X. Bormes | /s/ Christopher Ward |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
| | |
| James X. Bormes | Christopher Ward |
| Catherine P. Sons | John L. Litchfield |
| Law Office of James X. Bormes, P.C. | Patrick McMahon |
| 8 South Michigan Avenue | Foley & Lardner LLP |
| Suite 2600 | 321 North Clark Street |
| Chicago, Illinois 60603 | Suite 3000 |
| (312) 201-0575 | Chicago, Illinois 60654 |
| jxbormes@bormeslaw.com | (312) 832-4500 |
| cpsons@bormeslaw.com | cward@foley.com |
| | jlitchfield@foley.com |
| | pmcmahon@foley.com |

Thomas M. Ryan  
Law Office of Thomas M. Ryan, P.C.  *Attorneys for Defendant*  
35 East Wacker Drive  
Suite 650  
Chicago, Illinois  60601  
(312) 726-3400  
tom@tomryanlaw.com  

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 19, 2021, she filed the foregoing Joint Motion to Stay Proceedings via the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Catherine P. Sons
One of Plaintiff's attorneys