# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MCCARTHY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 21 cv 1016 |
| v. | ) ) | |
| HINDUJA GLOBAL SOLUTIONS, INC. | ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Plaintiff Christopher McCarthy, and Defendant Hinduja Global Solutions, Inc., submit the following status report regarding settlement, pursuant to the Court's Text Order entered December 20, 2021:

1. This action involves claims for unpaid wages brought by the Named Plaintiff on behalf of himself and hourly-paid employees who worked for Defendant.

2. The Parties engaged in a full day mediation on December 15, 2021. The Parties made some progress in negotiations, but were ultimately unable to resolve this matter. One of the impediments to resolution that emerged during mediation was a need for HGS and Plaintiff to further investigate the data and evidence pertaining to key assertions by the Parties relating to the likelihood of ultimate class certification under Fed. R. Civ. P. 23 and the amount of time during a period which Plaintiff contends is off-the-clock compensable time.

3. Rather than terminate settlement discussions, the Parties agreed it would be prudent and more cost-efficient to adjourn the first session of the mediation, conduct additional investigation and information sharing for a short period, and resume settlement discussions in a

second mediation session to occur in 2022. Mr. Rotman has agreed to open up time on his calendar for such a session.

4. Counsel for HGS has committed to continue investigating and sharing information with counsel for Plaintiff on an informal basis, including providing information in response to counsel's requests for specific categories of information.

5. In light of the foregoing, the Parties jointly request the Court maintain the stay on proceedings to permit time for investigation and a second mediation. The Parties propose to submit a further Joint Status Report regarding the status of this case by April 1, 2022.

6. Continuing the stay of the proceedings will promote the interests of justice and serve judicial economies, and it will not cause prejudice to any party.

Dated: February 15, 2022

Respectfully submitted,

/s/ James X. Bormes
One of Plaintiff's Attorneys

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, Illinois 60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com


Thomas M. Ryan
Law Office of Thomas M. Ryan, P.C.
35 East Wacker Drive
Suite 650

Respectfully submitted,

/s/ Christopher Ward
One of Defendant's Attorneys

Christopher Ward
John L. Litchfield
Patrick McMahon
Foley & Lardner LLP
321 North Clark Street
Suite 3000
Chicago, Illinois 60654
(312) 832-4500
cward@foley.com
jlitchfield@foley.com
pmcmahon@foley.com

*Attorneys for Defendant*

Chicago, Illinois 60601
(312) 726-3400
tom@tomryanlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                          /s/ James X. Bormes
                          Attorney for Plaintiff