IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHRISTOPHER MCCARTHY, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) )  No. 1:21-cv-01016-JES-JEH |
| v. | ) ) ) |
| HINDUJA GLOBAL SOLUTIONS, INC. | ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff, Christopher McCarthy ("Plaintiff"), individually and on behalf of all others similarly situated, by his undersigned counsel, submits this Motion for Final Approval of the Parties' Collective and Class Action Settlement Agreement. In support of this Motion, Plaintiff states as follows:

1. This case involves class and collective action claims for alleged unpaid regular and overtime wages under the Fair Labor Standards Act ("FLSA"), the Illinois Minimum Wage Law ("IMWL"), and the Illinois Wage Payment and Collection Act ("IWPCA").

2. This Court granted preliminary approval of the Parties' Rule 23 Class Action and FLSA Collective Action Settlement Agreement (the "Settlement") on January 11, 2023 (ECF No. 31). Plaintiff now seeks final approval of the Settlement.

3. Following the Court's preliminary approval of the Settlement, the third-party Settlement Claims Administrator mailed the Court-approved Notices of Settlement to 4,520 Rule 23 class members who worked in Illinois and 3,256 FLSA collective members who worked outside Illinois.

1

4. The settlement group consisted of i) a Rule 23 class of individuals who worked full time in Illinois between January 1, 2015 and December 31, 2021 and ii) an FLSA collective of individuals who worked full time between January 1, 2018 and December 31, 2021.

5. Final approval of a class action settlement is appropriate where the court determines that a settlement is fair, adequate, and reasonable. *Synfuel Techs., Inc. v. DHL Express (USA), Inc.*, 463 F.3d 646, 652 (7th Cir. 2005).

6. The results achieved in this case where each Class Member will receive about 25 minutes of regular time pay or 17 minutes of overtime pay for each week they worked at least 40 hours meet and exceed this standard.

7. Additionally, no one objected to the Settlement and only five (5) individuals excluded themselves.

8. Final approval is appropriate and Plaintiff respectfully requests that the Court enter the proposed Final Approval Order attached hereto as Exhibit 5 to Plaintiff's accompanying Memorandum in Support of this Motion.

9. For the reasons set forth above and in greater detail in the accompanying Memorandum, Plaintiff respectfully requests that this Honorable Court grant his Motion for Final Approval of the Parties' Collective and Class Action Settlement and enter the Proposed Final Approval Order attached as Exhibit 1 to the Memorandum.

Date: June 30, 2023

Respectfully submitted,
CHRISTOPHER MCCARTHY,
individually and on behalf of a
collective and class of persons similarly situated.

/s/ James X. Bormes
One of Plaintiff's Attorneys

James X. Bormes  
Catherine P. Sons  
Law Office of James X. Bormes, P.C.  
8 South Michigan Avenue  
Suite 2600  
Chicago, Illinois 60603  
(312) 201-0575  

Thomas M. Ryan  
Law Office of Thomas M. Ryan, P.C.  
35 East Wacker Drive  
Suite 650  
Chicago, Illinois 60601  
(312) 726-3400

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing Plaintiff's Motion for Final Approval of the Parties' Class and Collective Action to be served upon Defendant's counsel via email on June 30, 2023:

Christopher Ward
John L. Litchfield
Patrick McMahon
Foley & Lardner LLP
321 North Clark Street
Suite 3000
Chicago, IL 60654
cward@foley.com
jlitchfield@foley.com
pmcmahon@foley.com


/s/ Thomas M. Ryan
One of Plaintiff's Attorneys

## LOCAL RULE 7.1 (B)(4)(c) Certification

Undersigned counsel certifies this memorandum complies with the type volume limitation. The foregoing memorandum including the headings, footnotes and quotations but excluding the title page, table of contents and authorities, contains less than 7000 words.

/s/ James X. Bormes